# In the United States Court of Federal Claims

No. 18-983L
(Filed: November 16, 2021)

|  |  |
|---|---|
| STIMSON LUMBER COMPANY, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) ) |
| THE UNITED STATES, | ) ) |
| Defendant. | ) ) ) |

**ORDER DISMISSING REMAINING
CLAIMS WITH PREJUDICE**

Based on the representations in the parties' November 12, 2021 joint stipulation for partial dismissal with prejudice, ECF No. 73, the claims in this case for parcels 1.H, 1.K, 1.L, 1.M, and 1.N are **DISMISSED with prejudice** pursuant to Rule 41(a) of the Rules of the United States Court of Federal Claims. The parties, pursuant to the court's August 6, 2021 opinion, ECF No. 61, have resolved attorneys' fees and costs, *see* ECF No. 68, and all claims in this case have now been resolved, *see* ECF Nos. 22, 72, 73.

**IT IS SO ORDERED**.

s/Nancy B. Firestone
NANCY B. FIRESTONE
Senior Judge